■ In the Matter of SOUTH SLOPE HOLDING CORP. et al., Respondents, v BOARD OF ASSESSMENT REVIEW OF TOWN OF JERUSALEM et al., Appellants. (Appeal No. 2.) [668 NYS2d 117] —Order and judgment unanimously reversed on the law without costs and petition dismissed. Same Memorandum as in *Matter of South Slope Holding Corp. v Board of Assessment Review* (244 AD2d 891 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Yates County, Bender, J.—Tax Certiorari.) Present—Pine, J. P., Lawton, Wisner, Callahan and Doerr, JJ.